UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **OLIVER ODDMAN,** | ) | **CASE NO.  1:07CV1508** |
| | ) | |
| Plaintiff, | ) | **JUDGE PETER C. ECONOMUS** |
| | ) | |
| v. | ) | |
| | ) | |
| **MICHAEL J. ASTRUE,** | ) | **MEMORANDUM OPINION** |
| **Commissioner of Social Security,** | ) | **AND ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is an action to review a final decision of the Commissioner of Social Security denying Plaintiff's application for social security income under Title XVI of the Social Security Act, 42 U.S.C. § 1381 *et seq*.

On June 1, 2007, the instant matter was automatically referred to United States Magistrate Judge Patricia A. Hemann, pursuant to L.R. 72.2(b), for the issuance of a Report and Recommendation.  (Dkt. # 5).  On November 16, 2007, Magistrate Judge Hemann issued a Report and Recommendation advising that the final decision of the Commissioner should be affirmed.  (Dkt. # 16).

Rule 72(b) of the Federal Rules of Civil Procedure provides that objections to a report and recommendation must be filed within ten (10) days after service.  See FED. R. CIV. P. 72 (b).  However, the Plaintiff has failed to timely file any such objections.  Therefore, the Court concludes that the Plaintiff is satisfied with the Magistrate Judge's recommendation.  Any further review by this Court would be a duplicative and an

1

inefficient use of the Court's limited resources. See Thomas v. Arn, 728 F.2d 813 (6th Cir. 1984), *aff'd*, 474 U.S. 140 (1985); Howard v. Secretary of Health and Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir.1981).

Therefore, the Report and Recommendation of Magistrate Judge Hemann (Dkt. # 16) is hereby **ADOPTED**.  Accordingly, this matter is **DISMISSED**.

**IT IS SO ORDERED**.

**/s/ Peter C. Economus – December 7, 2007**
**PETER C. ECONOMUS**
**UNITED STATES DISTRICT JUDGE**